CHARLES H. COLEY, Respondent, Appellant, v. FRANK L. COHEN, Appellant, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover property damage caused by negligent supervision of blasting operations. The order reduces the amount of the

judgment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.